AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MERCK & CO., INC., ELI LILLY AND COMPANY, AMGEN INC., and ASSOCIATION OF NATIONAL ADVERTISERS, INC. *Plaintiff* v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, CENTERS FOR MEDICARE & MEDICAID SERVICE, and SEEMA VERMA *Defendant* | Case No. 1:19-cv-01738-APM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Association of National Advertisers, Inc.

Date: June 14, 2019

/s/ Ronald G. London
*Attorney's signature*

Ronald G. London (DC Bar No. 456284)
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, D.C.  20006
*Address*

ronnielondon@dwt.com
*E-mail address*

(202) 973-4200
*Telephone number*

(202) 973-4499
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I caused a true and correct copy of the foregoing to be served, via FedEx, upon the following:

United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Alex M. Azar II
United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Seema Verma
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

                                                                      */s/ Ronald G. London*
                                                                       Ronald G. London