IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO, INC., ELI LILLY AND COMPANY, AMGEN INC., and ASSOCIATION OF NATIONAL ADVERTISERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR, in his official capacity As the Secretary of the United States Department of Health and Human Services, CENTERS FOR MEDICARE & MEDICAID SERVICES, and SEEMA VERMA, in her Official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Defendants. | Civil Action No. 1:19-cv-1738 (APM) |

**NOTICE OF DEFENDANTS' POSITION ON CONVERTING PLAINTIFFS' MOTION FOR A STAY PENDING JUDICIAL REVIEW INTO A MOTION FOR A JUDGMENT ON THE MERITS FOR SUBPARTS 1 & 3 OF COUNT I**

At today's hearing, the Court asked whether the parties would consent to converting Plaintiffs' Motion for a Stay Pending Judicial Review (ECF No. 12) into a motion for a judgment on the merits for subparts 1 & 3 of Count 1.  *See* Fed. R. Civ. P. 65(a)(2).  Defendants, United States Department of Health and Human Services ("HHS"), Alex M. Azar II, HHS Secretary, Centers for Medicare & Medicaid Services ("CMS"), and Seema Verma, CMS Administrator, by undersigned counsel, hereby notify the Court and Plaintiffs that they do consent to converting the two claims addressed in Plaintiffs' Motion to Stay:  (1) the claim that the Final Rule exceeds

1

HHS's authority under the Social Security Act, and (2) the claim that the Final Rule is contrary to the First Amendment of the United States Constitution.

Dated: July 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JEAN LIN
Special Counsel

*/s/ Jonathan D. Kossak*
Jonathan D. Kossak (D.C. Bar No. 991478)
Joseph E. Borson (Va. Bar No. 85519)
Trial Attorneys, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 305-0612
Jonathan.kossak@usdoj.gov
Joseph.Borson@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing Notice with the Clerk of the Court through the ECF system on July 2, 2019. This system provided a copy to and effected service of this document on all parties.

      /s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch