UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERCK & CO, INC., ELI LILLY AND COMPANY, AMGEN INC., and ASSOCIATION OF NATIONAL ADVERTISERS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, in his official capacity as the Secretary of the United States Department of Health and Human Services, CENTERS FOR MEDICARE & MEDICAID SERVICES, and SEEMA VERMA, in her official capacity as the Administrator of the Centers for Medicare & Medicaid Services,<br><br>      Defendants. | Case No. 1:19-cv-01738-APM |

**NOTICE OF PLAINTIFFS' POSITION ON CONVERTING PLAINTIFFS' MOTION FOR A STAY PENDING JUDICIAL REVIEW INTO A MOTION FOR A JUDGMENT ON THE MERITS**

At yesterday's hearing, the Court asked whether the parties would consent to converting Plaintiffs' Motion for a Stay Pending Judicial Review (ECF No. 12) into a motion for a judgment on the merits. Plaintiffs—Merck & Co., Inc., Eli Lilly and Company, Amgen Inc., and the Association of National Advertisers, Inc. (representing the interests of its pharmaceutical manufacturer members)—now submit this Notice to inform the Court of their position on that question.

During yesterday's hearing, HHS raised for the first time concerns about Plaintiffs' use of expert declarations. HHS had raised no such objection in its Opposition to Plaintiffs' Motion for a Stay Pending Judicial Review (ECF No. 20). In light of its comments at the hearing, however,

Plaintiffs are concerned that if the Court converts Plaintiffs' motion into a motion for judgment on the merits, HHS may argue during any appeal of a judgment on the merits that it would be inappropriate for Plaintiffs (or this Court) to point to the declarations. Plaintiffs disagree. But because the administrative record has yet to be assembled and submitted to this Court, such objections could make further litigation of this case in the Court of Appeals unnecessarily complicated.[1]

In order to avoid procedural complications as the case proceeds, therefore, Plaintiffs respectfully request that the Court not convert their motion into a motion for judgment on the merits. After the Court has entered a judgment on Plaintiffs' Motion for a Stay, the Court could convene a conference among the parties to discuss how best to proceed, including a discussion about the finalization of the administrative record and whether briefing about the relevance of the declarations to any final judgment on the merits might be necessary.

---

[1] As Plaintiffs have explained in prior filings, the Compelled WAC Disclosure Rule, along with the statements in the Federal Register that accompanied its proposal and finalization, in and of themselves, establish that the Rule exceeds HHS's lawful authority under the Social Security Act and violates the First Amendment. Plaintiffs' declarations, however, provide important context for understanding the relevant legal arguments, particularly given the lack of an administrative record at this early stage of the case. Should the Court enter a final judgment in the case before the administrative record has been finalized, ancillary disputes about what factual information can and cannot be considered in evaluating that final judgment in the Court of Appeals could distract from the important substantive issues in the case.

Dated:  July 3, 2019                                   Respectfully submitted,

/s/Richard P. Bress
Richard P. Bress (DC Bar No. 457504)
Daniel Meron (DC Bar No. 450419)
Michael E. Bern (DC Bar No. 994791)
  *admission pending*
Sarah M. Gragert (DC Bar No. 977097)
Benjamin W. Snyder (DC Bar No. 1020481)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Phone: 202.637.2200
Fax: 202.637.2201
rick.bress@lw.com

*Counsel for Plaintiffs Merck & Co., Inc., Eli Lilly and Company, and Amgen Inc.*

/s/Robert Corn-Revere
Robert Corn-Revere (DC Bar No. 375415)
Ronald G. London (DC Bar No. 456284)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20006
Phone: 202.973.4200
Fax: 202.973.4499
bobcornrevere@dwt.com
ronnielondon@dwt.com

*Counsel for Plaintiff Association of National Advertisers, Inc.*