**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MERCK & CO., INC., et al,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No. 19-cv-01738 (APM) |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## **ORDER**

For the reasons outlined in the court's Memorandum Opinion, ECF No. 32, the court grants Plaintiffs' Motion to Stay, as consolidated on the merits of their APA claim under 5 U.S.C. § 706(2)(C). The WAC Disclosure Rule is hereby vacated.

This is a final, appealable Order.

Dated: July 8, 2019

Amit P. Mehta
United States District Court Judge