# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **MERCK & CO., INC., et al.,**

vs.                              Civil Action No. **1:19-cv-1738 (APM)**

Defendant: **U.S. DEP'T OF HHS, et al.,**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 21 day of August 2019, that Defendants hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 8 day of July, 2019, in favor of Plaintiffs against said Defendants

Attorney/Pro Se Party Signature: *Jonathan Kossak*

Name: Jonathan Kossak (D.C. Bar No. 991478)

Address: 1100 L Street NW

Washington, DC 20005

Telephone: (202) 305-0612

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017